IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DERRICK FOSTER, | |
| Plaintiff, | NO. 3:14-CV-01368 |
| v. | (JUDGE CAPUTO) |
| WILLIAM FINK, et al., | (MAGISTRATE JUDGE CARLSON) |
| Defendants. | |

## ORDER

**NOW**, this 25th day of April, 2016, upon review of the Report and Recommendation of Magistrate Judge Carlson (Doc. 26) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 26) is **ADOPTED in its entirety**.

(2) Plaintiff's Amended Complaint (Doc. 25) is **DISMISSED with prejudice**.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge